**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**WILLIAM LEE WILEY**                                                           **PETITIONER**

vs.                                                     **CIVIL ACTION NO.: 2:00CV130-P-A**

**CHRISTOPHER EPPS, ET AL.**                                          **RESPONDENTS**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that all relief requested in Petitioner's Third Amended Petition for Writ of Habeas Corpus filed in the above-referenced cause is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 29th day of January, 2007.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE