**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**WILLIAM LEE WILEY**                                                         **PETITIONER**

**vs.**                                              **CIVIL ACTION NO.: 2:00CV130-P-A**

**CHRISTOPHER EPPS, ET AL.**                                           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and separate Order issued today in the above-referenced cause, all relief requested in Petitioner's Third Amended Petition for Writ of Habeas Corpus is hereby **DENIED**, and the Petition is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 29th day of January, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE