IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

WILLIAM LEE WILEY,
    Petitioner,
v.                                                    Case No. 2:00cv130-P-B

CHRISTOPHER EPPS, COMMISSIONER,
MISSISSIPPI DEPARTMENT OF CORRECTIONS,
and JIM HOOD, ATTORNEY GENERAL OF THE
STATE OF MISSISSIPPI,
    Respondents.

## ORDER

The motion requesting authorization for compensation for the work on this case by attorney Sibyl Byrd, associate of lead counsel Robert B. McDuff, is hereby granted, she being hereby appointed *nunc pro tunc* as co-counsel of Robert B. McDuff, such appointment to be effective on the same date as Mr. McDuff's appointment of February 2, 2009. Ms. Byrd will be compensated at the rate of $125 per hour for her work. The amount of compensable hours will be determined after the appropriate application is submitted. The court specifically finds that the appoint of Ms. Byrd will diminish the total cost of representation that might otherwise be required.

ORDERED this the 9th day of October, 2009.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE