**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**WILLIAM LEE WILEY**                                                         **PETITIONER**

**vs.**                                                           **CIVIL ACTION NO.: 2:00CV130-P-A**

**CHRISTOPHER EPPS, ET AL.**                                            **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and separate Order issued today in the above-referenced cause, relief is **GRANTED** on Petitioner's claim that he is exempt from execution pursuant to *Atkins v. Virginia*. All other relief requested in Petitioner's Third Amended Petition for Writ of Habeas Corpus does not merit relief, and those claims are hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 5th day of November, 2009.

                                                                           /s/ W. Allen Pepper, Jr.
                                                                           W. ALLEN PEPPER, JR.
                                                                           UNITED STATES DISTRICT JUDGE