**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**WILLIAM LEE WILEY**                                                                         **PETITIONER**

**vs.**                                  **CIVIL ACTION NO.: 2:00CV130-P-A**

**CHRISTOPHER EPPS, ET AL.**                                           **RESPONDENTS**

**ORDER**

Pursuant to an opinion issued this day, it is hereby **ORDERED** that the Court will issue a Writ of Habeas Corpus unless the State, within 60 days, **VACATES** Petitioner's sentence of death and imposes a lesser sentence consistent with the opinion entered this day.

It is further **ORDERED** that Petitioner's Third Amendment Petition for a Writ of Habeas Corpus as to the remaining claims be and the same is hereby **DENIED** and **DISMISSED** with prejudice.

**SO ORDERED** this the 5th day of November, 2009.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE